Kevin D. Hansen, # 119831
Dana B. Denno, # 227971
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant,
INFINITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ELMER, | Case No. 2:09-CV-02848-MCE-GGH |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| INFINITY INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

   Plaintiff, CINDY ELMER, and Defendant, INFINITY INSURANCE COMPANY, hereby stipulate that a settlement among them has been reached in the above-captioned action, and that the terms of that settlement are embodied in a separately executed Release and Settlement Agreement, simultaneously executed herewith.

   Pursuant to the settlement, the parties hereby request that the Court dismiss this action in its entirety, with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: April 18, 2011                                    THE LAW OFFICES OF PETER J. STUBBS


                                                         By: /s/ Peter J. Stubbs
                                                              Peter J. Stubbs
                                                              Attorneys for Plaintiff,
                                                              CINDY ELMER

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

Dated: April 18, 2011                      McCORMICK, BARSTOW, SHEPPARD,
                                                       WAYTE & CARRUTH LLP


                                           By: /s/ Dana B. Denno
                                                     Kevin D. Hansen
                                                     Dana B. Denno
                                                 Attorneys for Defendant,
                                              INFINITY INSURANCE COMPANY

## **ORDER**

In light of the foregoing Stipulation of the parties, and good cause appearing therefor, it is hereby ordered that (1) this action is dismissed with prejudice, in its entirety; and (2) each party shall bear their own costs, attorneys' fees and other fees incurred in connection with this action. The Clerk of Court is ordered to close the case.

Dated: April 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE